# ATTACHMENT TO COMPLAINT

**III.     Statement of Claim**

**C.**

The defendants were on patrol for the Lowndes County Sheriff's Department on March 14, 2017 when, acting with malice and without reasonable suspicion or probable cause, they pulled into the driveway of 404 Webster Street, surrounded Mr. Hall and his father, and searched the car they were sitting in for marijuana under the false pretense that it smelled of marijuana.  None was found.  The officers then claimed that some keys sitting in the car could be seized under the plain view doctrine and used those keys to search the apartment on the premises without a warrant or probable cause.  Mr. Hall was arrested.  On March 26, 2019, an order was entered dismissing the indictment against Mr. Hall, as there was no reasonable suspicion, and therefore no probable cause for the initial stop.  Mr. Hall was initially held in state custody until indicted by the United States in case number 7:17-cr-28(HL), Doc. 1.   The indictment was ordered to be dismissed in Doc. 37.  There was no probable cause or reasonable suspicion for the initial stop, the seizure of keys, or the search of the apartment. The stop, seizure, and searches were all committed with malice and the full knowledge of the unconstitutionality of the actions; further, the pretense for investigating in the first place was misrepresented to the prosecutor by claiming there were previous reports of drug activity at the residence when there in fact were no such reports.