IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| URIAH WADE HALL | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NUMBER: |
| | *   7:20-CV-0144-WLS |
| LIEUTENANT ROBERT PICCIOTTI, | * |
| SERGEANT KENNY BUSBY, STAFF | * |
| SERGEANT TYLER GREEN, and | * |
| INVESTIGATOR STEVE EXUM | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their undersigned counsel, and hereby stipulate to the dismissal of this case with prejudice. The parties shall each bear their own attorneys' fees, costs and expenses of litigation.

This 7th day of October, 2021.

FOR PLAINTIFF

/s/ John H. Kirbo
John H. Kirbo
Georgia Bar No: 825309
Kirbo & Kirbo, P.C.
Post Office Box 70519
Albany, Georgia 31708-0519
Telephone:   (229) 883-5134
Facsimile:   (229) 883-5148
Email:   john@kirbo.com

FOR DEFENDANTS

/s/ James L. Elliott
James L. Elliott
Georgia Bar No: 244244
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Street
Valdosta, Georgia 31602
Telephone:   (229) 242-3333
Facsimile:   (229) 242-0696
Email:   jelliott@ebbglaw.com

## ORDER

The Court having read and considered the forgoing stipulation, the same is hereby made the Order of the Court. This case is dismissed with prejudice. The parties shall each bear their own attorneys' fees, costs and expenses of litigation.

SO ORDERED, this the 12th day of October, 2021.

_____
Honorable W. Louis Sands, Senior Judge
United States District Court
Middle District of Georgia
Valdosta Division