IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| URIAH WADE HALL, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-144(WLS) |
| | * |
| Lieutenant ROBERT PICCIOTTI, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 12, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of October, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk